ASE

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.   25MJ8513-LR |
|---|---|
| Plaintiff, | COMPLAINT FOR VIOLATION OF |
| v. | Title 8, U.S.C., Section 1326 |
| Luis Alberto HERRERA-Fuentes, | Attempted Entry After Deportation (Felony) |
| Defendant. | |

The undersigned complainant being duly sworn states:

On or about June 6, 2025, within the Southern District of California, defendant, Luis Alberto HERRERA-Fuentes, an alien, who previously had been excluded, deported and removed from the United States to Mexico attempted to enter the United States, without the Attorney General of the United States or her designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Section 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

And the complainant states this complaint is based on the attached Probable Cause Statement, which is incorporated herein by reference.

*Fernando Quiroz*
FERNANDO QUIROZ
BORDER PATROL AGENT

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 9th day of June, 2025.

HON. LUPE RODRIGUEZ, JR.
U.S. MAGISTRATE JUDGE

1 | UNITED STATES OF AMERICA
2 | v.
3 | Luis Alberto HERRERA-Fuentes

4 | **PROBABLE CAUSE STATEMENT**

5 | I declare under penalty and perjury that the following statement is true and correct:

6 | On June 6, 2025, Border Patrol Agent (BPA) A. Necochea was performing his assigned duties in Zone 20 approximately 32 miles east of the Calexico, California Port of Entry. This area consists of open desert and is of proximity of Interstate 8 (I-8). The United States/Mexico International Boundary Fence (IBF) is marked by a 15 -foot-tall metal fence. This area is commonly used by Illegal Aliens (IA) who attempt to cross the IBF, run towards I-8 and wait to get picked up.

At approximately 4:24 a.m. BPA Necochea encountered a suspected IA, later to be identified as Luis Alberto HERRERA-Fuentes (HERRERA), approximately 0.40 miles north of the IBF. BPA Necochea was in his complete rough duty uniform when he encountered HERRERA and identified himself as a United States BPA. BPA Necochea questioned HERREREA as to his immigration status, HERRERA admitted to being a Mexican Citizen without proper documentation that would allow him to remain in the United States. HERRERA was not a give-up and did not require rescuing. HERRERA was arrested on June 6, 2025, at approximately 4:24 a.m. and transported to the El Centro Sector's Centralized Processing Center (CPC) for further processing.

At the El Centro CPC, HERRERA's fingerprints were entered into the Biometrics/IDENT/IAFIS database. It was revealed that HERRERA has a prior Immigration conviction. Record Checks revealed HERRERA was ordered removal from the Unites States by an Immigration Judge on September 30, 2009, in El Paso TX. HERRERA was last removed from the United States by a Designated Official on April 16, 2025, through San Luis AZ.

1 | There is no evidence showing HERRERA has applied for and sought or received
2 | permission from the United States Attorney General or the Secretary of the Department of
3 | Homeland Security to re-enter the United States after being previously removed.

5 | Executed on June 8, 2025, at 7:15 a.m.

*Jezreel Ontiveros*
JEZREEL K. ONTIVEROS
BORDER PATROL AGENT

8 | On the basis of the facts presented in this probable cause statement consisting of two
9 | pages, I find probable cause to believe that the defendant named in this probable cause
10 | statement committed the offense on June 6, 2025, in violation of Title 8, United States Code,
11 | Section 1326.

*Barbara L Major*

7:19 AM, Jun 8, 2025

HON. BARBARA L. MAJOR
UNITED STATES MAGISTRATE JUDGE

Date/Time